JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN ANN KESSINGER,<br><br>                Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br><br>                Defendant. | Case No. 2:25-cv-06177-FLA (BFM)<br><br>**JUDGMENT OF REMAND [DKT. 9]** |

1    On September 9, 2025, the parties filed a Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation").  Dkt. 9.

The court, having approved the parties' Stipulation, hereby ORDERS, ADJUDGES, AND DECREES the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

IT IS SO ORDERED.

Dated: September 16, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2