# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathryn Ann Kessinger,<br><br>Plaintiff,<br><br>v.<br><br>Frank J. Bisignano,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:25-cv-06177-FLA-BFM<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of ONE THOUSAND SEVENTY AND 32/100 ($1,070.32) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation. Plaintiff's Motion for Attorney Fees filed on December 17, 2025 (ECF 12), is denied as moot.

IT IS SO ORDERED.

DATE: December 19, 2025

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE